UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE APPLICATION OF GENIAL INSTITUCIONAL :
CORRETORA DE CAMBIO, TITULOS E VALORES :
MOBILIARIOS S.A. AND GENIAL INVESTIMENTOS :
CORRETORA DE VALORIES MOBILIARIOS S.A. :        24-MC-348 (JMF)
FOR AN ORDER SEEKING DISCOVERY :
PURSUANT TO 28 U.S.C. § 1782 :        ORDER
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held yesterday:

- Respondents' motion to quash shall be filed no later than **October 23, 2024**, and shall not exceed **twenty-five pages**. The motion should also address any reciprocal discovery request and any arguments regarding the scope of the subpoenas.

- Any opposition shall be filed by **November 6, 2024**, and shall not exceed **twenty-five pages**.

- Any reply shall be filed by **November 13, 2024**, and shall not exceed **ten pages.**

- On consent, the subpoenas authorized by the Court's August 9, 2024 Order, ECF No. 8, shall be held in abeyance pending the resolution of Respondents' motion to quash.

SO ORDERED.

Dated: October 2, 2024              _____
       New York, New York                    JESSE M. FURMAN
                                          United States District Judge